**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 26, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| WD78069 | Deonta R. Taylor vs. State of Missouri |
| WD78186 | Michael Cain vs. State of Missouri |
| WD78378 | Earl Hutcherson vs. State of Missouri |
| WD78663 | Maura L. Celis-Garcia vs. State of Missouri |
| WD78760 | Michael H. Hudson vs. State of Missouri |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
| WD77191 | State of Missouri vs. Robert L. Potts |
| WD77804 | State of Missouri vs. Danny R. Pine |
| WD78033 | State of Missouri vs. Armon Assante Thompson |
| WD78088 | State of Missouri vs. Joshua L. Fields |
| WD78121 | State of Missouri vs. William Melvin Shivers |
| WD78441 | State of Missouri vs. Samuel Lee Shaffer |